UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY  DIVISION

| | | |
|---|---|---|
| ANGELINA POVEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:09-cv-161-RLY-WGH |
| | ) | |
| CITY OF JEFFERSONVILLE, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Comes now the court, having this day granted the Defendant's Motion for

Summary Judgment, and enters final judgment in its favor, and against the Plaintiff

herein, Angelina Povey.

**SO ORDERED** this  21st  day of March 2011.

_____

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____

By: Deputy Clerk

1

Electronic Copies to:

Andrew  Dutkanych III
BIESECKER & DUTKANYCH LLC
ad@bdlegal.com

Stacy K. Newton
RUDOLPH FINE PORTER & JOHNSON
skn@rfpj.com

Christopher S. Wolcott
BIESECKER DUTKANYCH & MACER, LLC
cwolcott@bdlegal.com